## SECOND DISTRICT.

John J. Drury, appellee, v. Henry C. Diehl et al., appellants. Gen. No. 8,177.

Heard in this court at the February term, 1930.
Opinion filed June 23, 1930.

John H. Savage and James G. Holbrook, for appellants. Luther B. Bratton, for appellee.

Mr. Justice Jones delivered the opinion of the court.